**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 26 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATSY N. SAKUMA, | No. 19-16615 |
| Plaintiff-Appellant, | D.C. No. 1:16-cv-00274-DKW-KJM |
| v. | |
| ASSOCIATION OF APARTMENT OWNERS OF THE TROPICS AT WAIKELE, an incorporated association, by its board of directors; et al., | MEMORANDUM* |
| Defendants-Appellees, | |
| and | |
| LOVE, YAMAMOTO & REVERE, LLP, a limited liability law partnership; YAMAMOTO & REVERE, LLP, a liability law partnership, | |
| Defendants. | |

Appeal from the United States District Court
for the District of Hawaii
Derrick Kahala Watson, District Judge, Presiding

Submitted January 20, 2021**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:     McKEOWN, CALLAHAN, and BRESS, Circuit Judges.

Patsy N. Sakuma appeals pro se from the district court's post-judgment orders in her action alleging Racketeer Influenced and Corrupt Organizations Act ("RICO") and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262-63 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Sakuma's Federal Rule of Civil Procedure 60(b)(6) motion for relief from judgment, or by denying leave to file a motion for reconsideration, because Sakuma failed to demonstrate any basis for the requested relief. *See id.* (setting forth grounds for relief under Rule 59(e) or 60(b)); *see also Latshaw v. Trainer Wortham & Co.*, 452 F.3d 1097, 1102-04 (9th Cir. 2006) (explaining that Rule 60(b)(6) relief may be granted only where extraordinary circumstances are present).

We do not consider Sakuma's contentions concerning her prior appeal (Case No. 16-16791).

Sakuma's request for judicial notice, set forth in her opening brief, is denied as unnecessary.

**AFFIRMED.**

19-16615